No. 76–879.  ZABLOCKI, MILWAUKEE COUNTY CLERK *v.* REDHAIL.  Appeal from D. C. E. D. Wis.  Probable jurisdiction noted.

No. 76–860.  CALIFANO, SECRETARY OF HEALTH, EDUCATION, AND WELFARE *v.* JOBST.  Appeal from D. C. W. D. Mo.  Motion of appellee for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.

No. 76–5528.  BALDWIN ET AL. *v.* FISH AND GAME COMMISSION OF MONTANA ET AL.  Appeal from D. C. Mont.  Motion of appellants for leave to proceed *in forma pauperis* denied. Appellants now having paid the docket fee pursuant to this Court's Rule 52, case is transferred to the appellate docket as No. 76–1150.  Probable jurisdiction noted.

No. 76–616.  NEW YORK *v.* CATHEDRAL ACADEMY.  Appeal from Ct. App. N. Y.  Further consideration of question of jurisdiction postponed to hearing of case on the merits.

No. 76–624.  FRANK LYON Co. *v.* UNITED STATES.  C. A. 8th Cir.  Certiorari granted.

No. 76–678.  SHELL OIL Co. *v.* DARTT.  C. A. 10th Cir. Certiorari granted.

No. 76–709.  BUTZ ET AL. *v.* ECONOMOU ET AL.  C. A. 2d Cir.  Certiorari granted.

No. 76–719.  NATIONAL LABOR RELATIONS BOARD *v.* LOCAL UNION No. 103, INTERNATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS, AFL–CIO, ET AL. C. A. D. C. Cir.  Certiorari granted.